IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALDERETE,<br><br>    Plaintiff,<br>v.<br><br>JANA JADERBORG, M.D.,<br><br>    Defendant. | No. C 04-1332 SBA (pr)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of today's date granting Defendant Jaderborg's motion for summary judgment, judgment is hereby entered in favor of Defendant Jaderborg and against Plaintiff. The parties shall bear their own costs.

IT IS SO ORDERED.

DATED: September 30, 2005

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge